UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD ROLLINGS,<br>Petitioner,<br>v.<br>WASHINGTON STATE,<br>Respondent. | Case No. 20-cv-01111-VKD<br><br>**ORDER OF TRANSFER** |

Petitioner Ronald Rollings, a federal prisoner currently confined at FCI Terminal Island in San Pedro, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2255, challenging his federal conviction (Case No. 16-cr-5459 RBL) out of the U.S. District Court for the Western District of Washington. Dkt. No. 1 at 1. Mr. Rollings's claims include the violation of his right to a speedy trial, denial of his right to appear at the arraignment, the use of an unlawfully obtained search warrant, and ineffective assistance of counsel. *Id.* at 4. He seeks immediate release and dismissal of all charges. *Id.* at 15.

A prisoner in custody under sentence of a federal court who wishes to attack collaterally the validity of his conviction or sentence must do so by way of a motion to vacate, set aside or correct the sentence pursuant to § 2255 in the court which imposed the sentence. *See Tripati v. Henman*, 843 F.2d 1160, 1162 (9th Cir. 1988), *cert. denied*, 488 U.S. 982 (1988). Only the sentencing court has jurisdiction. *See id.* at 1163. Accordingly, this action must be transferred to the U.S. District Court for the Western District of Washington which has exclusive jurisdiction over Mr. Rollings's § 2255 petition. *Id.*; 28 U.S.C. § 1631.

The Clerk shall terminate all pending motions and transfer the entire file to the Western

District of Washington in Tacoma, Washington.

**IT IS SO ORDERED.**

Dated: February 20, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge